798

Appeals for the Fifth Circuit is granted. *Charles Kehl* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1064. FEDERAL CROP INSURANCE CORP. *v.* MERRILL ET AL., DOING BUSINESS AS MERRILL BROS. April 28, 1947. Petition for writ of certiorari to the Supreme Court of Idaho granted. *Acting Solicitor General Washington* for petitioner. *O. A. Johannesen* for respondents.

No. 1108. HANNEGAN, POSTMASTER GENERAL, *v.* READ MAGAZINE, INC. ET AL. April 28, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Acting Solicitor General Washington* for petitioner. *Mac Asbill* for respondents.

No. 1144. ESTATE OF SPIEGEL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Herbert A. Friedlich, Leo F. Tierney, Harry Thom* and *Louis A. Kohn* for petitioners. *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss, Stanley M. Silverberg* and *Melva M. Graney* for respondent.

No. 1147. LOCAL 2880, LUMBER & SAWMILL WORKERS UNION, *v.* NATIONAL LABOR RELATIONS BOARD. May 5,